**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> GUMARO ALBERTO URIARTE, ) <br> ) <br> Defendant. ) | CASE NO.: 21CR0284-JLS <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING TRIAL SETTING** |

GOOD CAUSE APPEARING and based on the joint motion of the parties, the Motion Hearing Trial Setting is continued from March 26, 2021 at 1:30 p.m. to **April 30, 2021 at 1:30 p.m.** For the reasons set forth in the joint motion, time from March 26, 2021 to April 30, 2021 is to remain excludable in the interest of justice.

**IT IS SO ORDERED.**

Dated: March 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge